In the Matter of the Petition of VIOLET DICKINSON, Respondent, v. WALLACE VERNON DICKINSON, Appellant.— On appeal by respondent from an order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, directing him to pay the sum of ten dollars weekly, order unanimously

affirmed, without costs. Appeal from order denying appellant's motion to reargue his motion to dismiss and for a new trial dismissed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.